**CITY OF ALBANY, Missouri, Respondent,**

v.

**Randy W. HILL, Appellant.**

**No. WD 51019.**

Missouri Court of Appeals, Western District.

Nov. 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 1995.

Jerold L. Drake, Grant City, for Appellant.

---

David P. Parman, Albany, for Respondent.

Before FENNER, C.J., P.J., BERREY, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

Appeal from the judgment of the trial court dismissing appeal from conviction of driving while intoxicated in municipal court and reinstating the judgment and sentence of said municipal court.

Judgment affirmed. Rule 30.25(b).